**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE RCN LITIGATION | MASTER FILE NO. 04-5068 (SRC) |
| | **ORDER** |

**CHESLER, District Judge**

**THIS MATTER** comes before the Court on Motion to Dismiss Plaintiffs' Consolidated Complaint (docket #43) brought by Defendants RCN Corporation (the "Company"); former members of RCN's Board of Directors ("Board Defendants"), the RCN Compensation Committee, former members of RCN's Compensation Committee ("Compensation Committee Defendants"), current and former members of RCN's 401k Administrative Committee ("Administrative Committee Defendants"), and former RCN employees ("Individual Defendants") Johathan Paules ("Paules") and W. Terrell Winfield Jr. ("Winfield") (collectively, "RCN Defendants"). The Court, having considered the papers submitted and heard oral arguments by the parties, for the reasons set forth in the accompanying opinion, and for good cause shown,

**IT IS THIS** 21st day of March 2006

**ORDERED** that Defendant's motion to dismiss Plaintiffs Stephanie Thomas, Harold Hill, Debra Craig, Scott Grassi, and Robert Maguire pursuant to Rule 12(b)(1) for lack of standing to sue as ERISA participants or beneficiaries is hereby is **GRANTED** and these plaintiffs are hereby dismissed from the case; and it is further

**ORDERED** that Defendant Compensation Committee is hereby **DISMISSED** from the case; and it is further

**ORDERED** that Defendants Paules and Winfield are hereby **DISMISSED** from the case; and it is further

**ORDERED** that the claims in the Plaintiffs' Amended Complaint (docket #23) against Defendants Eugene Roth, Alfred Fasola, Michael Yanney, Theodore Schell, Michael Katzenstein, and Daniel Tseung in their capacity as members of the RCN Compensation Committee are hereby **DISMISSED**; and it is further

**ORDERED** the claims in Count I of the Plaintiffs' Amended Complaint (docket #23) against the Defendant RCN Corporation, and against Defendants David McCourt, Bruce Godfrey, Michael Mahoney, Michael Adams, Timothy Stoklosa, Eugene Roth, Alfred Fasola, Michael Yanney, Theodore Schell, Michael Katzenstein, and Daniel Tseung in their capacity as members of the RCN Board of Directors are hereby **DISMISSED**; and it is further

**ORDERED** that the claims in Count II of the Plaintiffs' Amended Complaint (docket #23) against Defendants Timothy Stoklosa, John Filipowicz, Deborah Royster, Gretchen Barron, Charlie Blue, Ellen Ito, Patrick Hogan, John Jones, Norman Kushin, Lou Monari, James Saile, Edwin Taliaferro, Keith Terreri, Ricardo Venegas, Blair Worrall, and Joyce Yaccarino in their capacity as members of the RCN 401K Administrative Committee are hereby **DISMISSED**; and it is further

**ORDERED** that the claims in Counts III and IV of the Plaintiffs' Amended Complaint (docket #23) are hereby **DISMISSED** for failure to state a claim.

s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.